AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RECEIVED U.S. MARSHALS 2026 AUG 25 PM 12:40

United States of America
v.
Tomas Calixto Mendoza

*Defendant*

Case No. 8:26-mj-2742-SPF

AUG 26 2026 PM12:50 FILED - USDC - FLMD - TPA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Tomas Calixto Mendoza, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

Illegal Re-Entry by Deported Alien
In Violation of: 8 U.S.C. § 1326(a).

Date: 8/25/2026

[signature]
*Issuing officer's signature*

City and state: Tampa, Florida

SEAN P. FLYNN, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/25/26, and the person was arrested on *(date)* 8/25/26 at *(city and state)*

Date: 8/25/26

[signature]
*Arresting officer's signature*

Omar Otero D.O
*Printed name and title*