**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.** | 8:26-mj-2742-SPF | **DATE:** | September 1, 2026 |
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | James Plunkett |
| UNITED STATES OF AMERICA<br>v.<br>TOMAS CALIXTO MENDOZA | | **LANGUAGE:** | Spanish |
| | | **GOVERNMENT COUNSEL**<br>Mark Andreu, AUSA | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire, AFPD | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** 12:05 PM to 12:33 PM | **TOTAL:** 28 mins | **PRETRIAL:** | Jasmine King |
| | | **COURTROOM:** | 11B |

**PROCEEDINGS**: **DETENTION HEARING**

Court calls the case and counsel make appearances.

Interpreter sworn.

Government: Seeking detention. Proffer of counsel.

Defense: Seeking release. Proffer of counsel.

Court: The Court orders the Defendant released with the conditions listed on the record.

Opposed Oral motion to stay conditions of release by Government. Motion granted.

The Defendant is advised that he is to remain in custody until a final ruling is made by a District Judge.

Court adjourned.