UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:26-mj-2742-SPF

TOMAS CALIXTO MENDOZA

**NOTICE OF WITHDRAWAL OF MOTION TO STAY**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully notifies the Court that it hereby withdraws its oral motion to stay release from custody (Doc. 14).

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Mark E. Andreu*

Mark E. Andreu
Assistant United States Attorney
Florida Bar No. 85703
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: mark.andreu@usdoj.gov

**U.S. v. Tomas Calixto Mendoza** **Case No. 8:26-mj-2742-SPF**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ryan Maguire, Esq.

*/s/ Mark E. Andreu*
Mark E. Andreu
Assistant United States Attorney
Florida Bar No. 85703
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: mark.andreu@usdoj.gov